ORDERED.

Dated: June 24, 2020

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   								Case No. 8:19-bk-04971-MGW
									Chapter 11

Gateway Radiology Consultants, P.A.,

    Debtor.
_____/

**ORDER GRANTING MOTION FOR APPROVAL TO
BORROW PAYCHECK PROTECTION PROGRAM LOAN**

THIS CASE came on for hearing on June 2, 2020, at 2:00 p.m., on the Debtor's motion for approval to borrow a Paycheck Protection Program loan from USF Credit Union.[1] The Credit Union approved the Debtor for a PPP Loan in the amount of $527,710. In its motion, the Debtor alleged it will use 75% of the PPP Loan proceeds for payroll and the remaining 25% for rent, health insurance, and utilities, which would make the PPP Loan eligible for forgiveness under the Paycheck Protection Program.

---

[1] Doc. No. 238.

The U.S. Small Business Administration, however, objected to entry of any order finding that the proposed loan is eligible for the Paycheck Protection Program, finding that the loan is eligible for loan forgiveness, or finding that the loan is eligible for a loan guarantee.[2] The SBA's objection was based on its Fourth Interim Final Rule (the Rule), which disqualifies debtors from participating in the Paycheck Protection Program.[3] Philips Healthcare also objected to the proposed loan, but only to the extent that the Court determined the loan was not eligible to participate in the Paycheck Protection Program.

Because the Court has determined the Rule is unenforceable to the extent it disqualifies the Debtor from participating in the Paycheck Protection Program,[4] the Court concludes it is appropriate to overrule the objections and grant the Debtor's motion. Accordingly, it is

**ORDERED**:

1. The Debtor's motion for approval to borrow the PPP Loan is GRANTED. The objections by the SBA and Philips Healthcare are OVERRULED.

2. So long as the Debtor meets all the requirements of the Paycheck Protection Program (other than the Debtor not being in bankruptcy), the PPP Loan shall be eligible for loan forgiveness and the SBA guarantee. Neither loan forgiveness nor the SBA guarantee shall be conditioned on the Debtor not being in bankruptcy.

---

[2] Doc. No. 249.

[3] *Id.*

[4] *Gateway Radiology Consultants, P.A. v. Carranza*, Adv. No. 8:20-ap-00330-MGW, Adv. Doc. No. 14.

Attorney Joel Aresty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.